

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2014

No. 04-00-00296-CR

Edward M. **JOHNSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CR-6320
Honorable Mark A. Luitjen, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                   Sandee Bryan Marion, Justice
                   Luz Elena D. Chapa, Justice

The Appellant's Motion for Reformation of Judgment is hereby DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court